THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT

By: Honorable Susan V. Kelley
    United States Bankruptcy Judge

DATED:   December 2, 2010



UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE:   Kandi Michelle Bruneau, | Case No. 10−28278−svk |
| Debtor. | Chapter 13 |

## ORDER DISMISSING CASE – UNCONFIRMED PLAN

    The above−named Debtor filed a petition under Chapter 13 of the Bankruptcy Code, commencing this bankruptcy case. The Chapter 13 trustee filed a motion to dismiss the case because the Debtor failed to make payments under the Chapter 13 plan. The Debtor was given notice of the motion to dismiss and the opportunity to object and request a hearing. The Debtor did not respond to or request a hearing on the motion to dismiss. It is therefore,

    ORDERED:   that the Debtor's bankruptcy case is dismissed, effective immediately.

####